# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| AMY W., | : | Case No. 2:22-cv-03682 |
| | : | |
| Plaintiff, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This Social Security case is presently before the Court on the parties' Joint Motion

to Remand (ECF No. 12). The parties agree that this Court should enter a judgment

reversing the Commissioner's decision under Sentence Four of 42 U.S.C. § 405(g), with

remand of the cause to the Commissioner for further administrative proceedings. The

parties further agree that upon remand, the Appeals Council will vacate all findings in the

Administrative Law Judge's decision, and the Commissioner will develop the

administrative record as necessary to determine whether Plaintiff is disabled within the

meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

### IT IS THEREFORE ORDERED THAT:

1.  The parties' Joint Motion to Remand (ECF No. 12) is
    **ACCEPTED**;

2.  The Clerk of Court is directed to enter Judgment in Plaintiff's
    favor under Fed. R. Civ. P. 58;

3.      This matter is **REMANDED** to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4.      The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*

Caroline H. Gentry
United States Magistrate Judge